# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The premises more particularly described in Attachment A to the Affidavit of HSI SA Johnny Walton Dated May 19, 2025 | )<br>)<br>)  Case No. 2:25-cr-00720<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A

located in the _____Judicial_____ District of _____South Carolina_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Please see Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 545 | Smuggling Goods into the United States |
| 18 USC 922(a)(1)(A) | Unlawful Importation of a Firearm |
| 18 USC 922(g)(5)(A) | Alien in Possession of a Firearm |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

JOHNNY M WALTON JR  *Digitally signed by JOHNNY M WALTON JR*
*Date: 2025.05.19 13:04:45 -04'00'*

*Applicant's signature*

HSI SA Johnny Walton
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone *(specify reliable electronic means)*.

Date: 05/19/2025

*Molly H. Cherry*
*Judge's signature*

City and state: Charleston, South Carolina     United States Magistrate Judge Molly H. Cherry
*Printed name and title*